COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| BIENVIVIR SENIOR HEALTH SERVICES, | § | No. 08-10-00179-CV |
|  | § | Appeal from |
| Appellant, | § | 448th District Court |
| v. | § | of El Paso County, Texas |
| JULIETTE M. CAIRE, AS PERSONAL REPRESENTATIVE AND GUARDIAN OF CAROLINA T. CAIRE, | § | (TC # 2010-1258) |
|  | § |  |
| Appellee. | § |  |

## MEMORANDUM OPINION

Pending before the Court is Appellant's unopposed motion for voluntary dismissal of this appeal. *See* TEX.R.APP.P. 42.1(a)(1). The motion is granted, and this appeal is dismissed. Costs of appeal are assessed against Appellant. *See* TEX.R.APP.P. 42.1(d).

February 23, 2011

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.